IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DOMINGO VELASQUEZ LOPEZ,

Petitioner,

vs.

GENE SAMUELSON, Phelps County Sheriff, in their official capacity, et al.,

Respondents.

8:26-CV-622

MEMORANDUM AND ORDER CONDITIONALLY GRANTING WRIT OF HABEAS CORPUS

The petitioner is a noncitizen currently detained by U.S. Immigration and Customs Enforcement in the Phelps County Jail in Holdrege, Nebraska. Filing 1. He seeks a writ of habeas corpus under 28 U.S.C. § 2241, asserting that his detention is unlawful. Filing 1. The Court agrees, and will conditionally grant the petition.

The petitioner is a citizen of Guatemala who entered the United States near El Paso, Texas on January 24, 2024. Filing 8 at 3 He was picked up by the Border Patrol, served with a notice to appear, released on recognizance, and enrolled in the Alternatives to Detention program.[1] Filing 8 at 3-4; filing 8-1; filing 8-2. On September 2, 2026, the petitioner was arrested for alleged

---

[1] ATD was an ICE program that used electronic monitoring and other technologies to ensure compliance with release conditions. *See generally* Department of Homeland Security, DHS/ICE/PIA-062 Alternatives to Detention (ATD) Program, https://perma.cc/9XZF-QRMS (last updated August 24, 2023); U.S. Immigration and Customs Enforcement, Alternatives to Detention, https://perma.cc/NFA5-RR7Z (last updated January 7, 2026); Audrey Singer, Cong. Rsch. Serv., R45804, Immigration: Alternatives to Detention (ATD) Programs (2019).

DUI in Saline County, Nebraska and an ICE detainer was lodged. Filing 8 at 4. He was taken into ICE custody the next day. Filing 8 at 4; filing 8-3.

Because the petitioner was on conditional parole pursuant to 8 U.S.C. § 1226(a)(2)(B) when he was detained, and there is nothing in the record suggesting that any qualifying officer exercised discretion to revoke the petitioner's release, *see* 8 C.F.R. §§ 236.1(c)(9), 1236.1(c)(9), the Court will conditionally grant the petition for the reasons articulated by the undersigned in *Dos Santos Silva v. Warden, Lincoln County Detention Center*, No. 8:26-cv-131, 2026 WL 926725 (D. Neb. Apr. 6, 2026).

IT IS ORDERED:

1. The Petition for Writ of Habeas Corpus is conditionally granted.

2. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations **on or before October 26, 2026**.

3. If the government does not provide the petitioner with a bond hearing as required, the petitioner must be immediately released from detention.

4. **On or before October 29, 2026**, the government shall provide the Court with a status update regarding the bond hearing or, if no bond hearing was held, advise the Court regarding the petitioner's release.

Dated this 19th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge